No. 244. MONKS *v.* LEE ET AL.

October 12, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed on the ground that it does not appear from the record that the appeal was applied for within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. *Messrs. L. R. Kirby, Herbert S. Avery,* and *John Coker* for appellant. *Mr. William P. Cary* for appellees.

No. 258. CLARK ET AL. *v.* DOYLE, EXCISE ADMINISTRATOR, ET AL.
October 12, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. (1) *Gorin* v. *United States,* 312 U. S. 19, 27; (2) *Eberle* v. *Michigan,* 232 U. S. 700, 706. *Messrs. Lloyd D. Claycombe* and *Albert Stump* for appellants. *Mr. Urban C. Stover,* Deputy Attorney General of Indiana, for appellees.